No. 650. BELL *v.* IRVING TRUST CO., TRUSTEE. January 21, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Eldon Bisbee, Paul D. Miller,* and *H. G. Pickering* for petitioner in No. 589. *Mr. Jerome A. Strauss* for petitioner in No. 590. *Mr. Joseph M. Hatfield* for petitioner in No. 591. *Mr. Henry Gale* for petitioner in No. 592, and respondent in Nos. 589, 590, 591, and 650. *Mr. Joseph Lorenz* for petitioner in No. 650. *Messrs. Joseph Lorenz, Martin Conboy, David Asch,* and *Arthur Garfield Hayes* for respondents in No. 592.

No. 596. HARRIS *v.* COCA-COLA CO. January 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messers. Alex. W. Smith, Jr.,* and *Victor Lamar Smith* for petitioner. *Messrs. Marion Smith* and *Harold Hirsch* for respondent.

No. 621. UNITED STATES *v.* RIZZO, CLAIMANT. January 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor General Biggs* for the United States. *Mr. Milton R. Kroopf* for respondent.

No. 643. DUKE *v.* COMMITTEE ON GRIEVANCES OF THE SUPREME COURT OF THE DISTRICT OF COLUMBIA ET AL. February 4, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jesse C. Duke, pro se.* No appearance for respondents.